# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MOSES K. SINDWAY, | : | No. 3:16cv2350 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | (Magistrate Judge Saporito) |
| NANCY A. BERRYHILL, | : | |
| Acting Commissioner of | : | |
| Social Security, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, to wit, this 15th day of August 2018, it is hereby **ORDERED** as follows:

1) Plaintiff's Objections (Doc. 18) to the report and recommendation are **OVERRULED**;

2) Magistrate Judge Saporito's report and recommendation (Doc. 17) is **ADOPTED**;

3) The plaintiff's social security appeal is **DENIED**;

4) The Clerk of Court is directed to enter judgment in favor of the defendant and against the plaintiff; and

5) The Clerk of Court is directed to close this case.

**BY THE COURT:**

**s/ James M. Munley**
**JUDGE JAMES M. MUNLEY**
**United States District Court**